Keith M. Fleischman
Ananda Chaudhuri
Julia Sandler
THE FLEISCHMAN LAW FIRM
565 Fifth Avenue, 7th Floor
New York, New York 10017
Tel.: (212) 880-9567
Email: keith@fleischmanlawfirm.com

*Attorney for Plaintiffs and Counterclaim Defendants Jeffrey Camp, Joel Asen, Michael Michigami, James Roberts, and Cinium Financial Services Corporation.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CAMP and JC REAL ESTATE FUND, LLC<br><br>Plaintiffs,<br><br>- against -<br><br>ROBERT BERMAN, ROBERT WONG, and AVON ROAD ROCK HILL, LLC,<br><br>Defendants, | Case No. 14-CV-1049 (KMK)<br><br>**STIPULATION AND ORDER** |
| ROBERT BERMAN,<br><br>Counterclaim-Plaintiff,<br><br>- against -<br><br>JEFFREY CAMP, CINIUM FINANCIAL SERVICES CORPORATION, JOEL ASEN, JAMES ROBERTS, MICHAEL MICHIGAMI, and BDO USA, LLP,<br><br>Counterclaim-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for plaintiffs Jeffrey Camp and JC Real Estate; defendant and counterclaim plaintiff

1

Robert Berman; and counterclaim defendants Jeffrey Camp, Joel Asen, Michael Michigami, James Roberts, and Cinium Financial Services Corporation ("Cinium"); as follows:

1. The time within which counterclaim defendants Jeffrey Camp, Joel Asen, Michael Michigami, James Roberts, and Cinium may submit a pre-motion letter pursuant to Rule II.A of Hon. Kenneth Karas's Individual Rules of Practice, answer or otherwise respond to the Counterclaims is extended to and including June 9, 2014.

Dated May 23, 2014

_____
Keith M. Fleischman
Ananda Chaudhuri
Julia Sandler
THE FLEISCHMAN LAW FIRM
565 Fifth Avenue, Seventh Floor
New York, NY 10017
Tel: (212) 880-9567

*Attorneys for Plaintiffs and Counterclaim Defendants Jeffrey Camp, Joel Asen, Michael Michigami, James Roberts, and Cinium Financial Services Corporation.*

_____
Kim J. Landsman
Beth Nagalski
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
Tel: (212) 907-7368

*Attorneys for Defendants and Counterclaim Plaintiff Robert Berman*

SO ORDERED ON _____, 2014

_____
Hon. Kenneth M. Karas
United Stated District Judge